DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MERCEDES-BENZ USA, LLC,**
Appellant,

v.

**JEFFREY COFFMAN,**
Appellee.

No. 4D20-1431

[June 24, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Boward County; Carol Lisa Phillips, Judge; L.T. Case No. CACE 18-9428.

Brooks C. Rathet of Bromagen & Rathet, P.A., Jacksonville Beach, for appellant.

Jeanne M. Cremeens and Patrick J. Cremeens of Cremeens Law Group, PLLC, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***